**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Number 1:13-cv-02252

SANDY RAKOTOVAO,

    PLAINTIFF,

v.

APOLLO CREDIT AGENCY, INC.

    DEFENDANT

_____

**ORDER DISMISSING CASE WITH PREJUDICE**
_____

After considering Plaintiff's Motion to Dismiss With Prejudice, the Court is of the opinion that the following order should be entered:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims and causes of action asserted by Sandy Rakotovao against Apollo Credit Agency, Inc. are dismissed WITH PREJUDICE.

DATED this 29th day of October, 2013.

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior District Judge